UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AURORA LOAN SERVICES, LLC. | No. C 10-04950 MEJ |
| Plaintiff(s), v. | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |
| ALEENA TOLOSA, ET AL. | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to remand. Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court, by way of the enclosed form (or the form on the Court's website), whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. The parties shall inform the Court of their decision by November 29, 2010. **Plaintiff shall serve this Order upon all Defendants.**

**IT IS SO ORDERED.**

Dated: November 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC. | No. C  10-04950 MEJ |
| Plaintiff(s), | **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT** |
| vs. | |
| ALEENA TOLOSA, ET AL. | |
| Defendant(s). | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____    Signed by: _____

Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____    Signed by: _____

Counsel for: _____

2