UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AURORA LOAN SERVICES, LLC., | No. C 10-04950 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALEENA TOLOSA, et al., | |
| Defendants. | |
| _____/ | |

On November 9, 2010, Plaintiff Aurora Loan Services filed a Motion to Remand, with a noticed hearing date of December 16, 2010. (Dkt. #4.) Pursuant to Civil Local Rule 7, Defendant's opposition or statement of non-opposition was due by November 29, 2010; however, Defendant failed to file an opposition. Accordingly, the Court hereby VACATES the December 16 hearing and ORDERS Defendant Aleena Tolosa to show cause why this case should not be remanded to the Alameda County Superior Court. Defendant shall file a declaration in response by December 16, 2010.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AURORA LOAN SERVICES, LLC.,

        Plaintiff,

v.

ALEENA TOLOSA, ET AL. et al,

        Defendant.

Case Number: CV10-04950 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleena Tolosa
29387 States Street
Hayward, CA 94544

Dated: December 1, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk