UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AURORA LOAN SERVICES, LLC.,<br><br>                    Plaintiff,<br>     v.<br><br>ALEENA TOLOSA, et al.,<br><br>                    Defendants.<br>_____/ | No. C 10-04950 MEJ<br><br>**SECOND ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION** |

On November 15, 2010, the Court ordered the parties in the above-captioned matter to file their consents to proceed before a magistrate judge or requests for reassignment to a district judge by November 29, 2010. Neither party complied with the deadline. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. The parties shall inform the Court of their decision by December 16, 2010.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AURORA LOAN SERVICES, LLC.,

        Plaintiff,

v.

ALEENA TOLOSA, ET AL. et al,

        Defendant.

Case Number: CV10-04950 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleena Tolosa
29387 States Street
Hayward, CA 94544

Dated: December 1, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2